1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

| | |
|---|---|
| 7 V. L., | Case No.  25-cv-11121-TSH |
| 8           Plaintiff, | |
| | **REFERRAL FOR PURPOSE OF** |
| 9       v. | **DETERMINING RELATIONSHIP** |
| 10 UNITED STATES OF AMERICA | |
| 11 (FEDERAL BUREAU OF PRISONS), et al., | |
| 12           Defendants. | |

13

14          Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the

15 Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *A.L. v.*

16 *United States of America*, 24-cv-06580-YGR.

17          **IT IS SO ORDERED.**

18

19 Dated: January 5, 2026

20

21

22 THOMAS S. HIXSON
United States Magistrate Judge

23

24

25

26

27

28