UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S. B.,<br><br>            Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>            Defendants. | Case No.  26-cv-00006-SK<br><br>***SUA SPONTE* JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-titled case IS HEREBY REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether *S.B. v. United States of America et al*, No. 26-cv-00006-SK is related to *A.L. v. United States of America et al.*, No. 24-cv-06580-YGR.

**IT IS SO ORDERED**.

Dated: January 6, 2026

_____
SALLIE KIM
United States Magistrate Judge