UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S. R.,<br><br>            Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA (FEDERAL BUREAU OF PRISONS), et al.,<br><br>            Defendants. | Case No. 26-cv-00209-LJC<br><br>***SUA SPONTE* REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *A.L. v. United States of America*, 24-cv-06580-YGR.

**IT IS SO ORDERED.**

Dated: January 12, 2026

_____
LISA J. CISNEROS
United States Magistrate Judge