United States District Court
Northern District of California

1
2
3
4 UNITED STATES DISTRICT COURT
5 NORTHERN DISTRICT OF CALIFORNIA
6
7  S. Y.,                                              Case No. 26-cv-00240-SK
8           Plaintiff,
9       v.                                             ***SUA SPONTE* JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**
10  UNITED STATES OF AMERICA (FEDERAL BUREAU OF PRISONS), et al.,
11
12          Defendants.
13
14      Pursuant to Civil Local Rule 3-12(c), the above-titled case IS HEREBY REFERRED to
the Honorable Yvonne Gonzalez Rogers for consideration of whether *S.Y. v. United States of*
15
*America (Federal Bureau of Prisons), et al.*, No. 26-cv-00240-SK is related to *A.L. v. United*
16
*States of America et al.*, No. 24-cv-06580-YGR.
17
**IT IS SO ORDERED**.
18
Dated: January 9, 2026
19

20
SALLIE KIM
United States Magistrate Judge
21
22
23
24
25
26
27
28