1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C. T.,

    Plaintiff,

  v.

UNITED STATES OF AMERICA
(FEDERAL BUREAU OF PRISONS),

    Defendant.

Case No. 26-cv-00248-WHO

**REFERRAL FOR PURPOSE OF
DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the

Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to Case No.

24-6580, *A.L. v United States*.

   **IT IS SO ORDERED.**

Dated: January 12, 2026



WILLIAM H. ORRICK
United States District Judge