UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K. E.,<br><br>           Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA (FEDERAL BUREAU OF PRISONS),<br><br>           Defendant. | Case No. 26-cv-00278-WHO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to Case No. 24-cv-06580: *A.L. v United States*.

**IT IS SO ORDERED.**

Dated: January 12, 2026



WILLIAM H. ORRICK
United States District Judge