UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.M.F., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Case No. 26-cv-00283-TSH <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *A.L. v. United States of America et al.*, 4:24-cv-06580-YGR.

**IT IS SO ORDERED.**

Dated: January 12, 2026

THOMAS S. HIXSON  
United States Magistrate Judge