UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. C.,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA (FEDERAL BUREAU OF PRISONS), et al.,<br><br>    Defendants. | Case No. 4:26-cv-00233-KAW<br><br>JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *A.L. v. United States of America, et al.*, No. 24-cv-06580-YGR.

IT IS SO ORDERED.

Dated: January 12, 2026

_____
KANDIS A. WESTMORE
United States Magistrate Judge