UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.Z.,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>        Defendants. | Case No. 26-cv-00250-KAW<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *A.L. v. United States of America*, Case No. 24-cv-6580-YGR.

**IT IS SO ORDERED.**

Dated: January 12, 2026

_____
KANDIS A. WESTMORE
United States Magistrate Judge