UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. B.,<br><br>              Plaintiff,<br><br>         v.<br><br>UNITED STATES OF AMERICA<br>FEDERAL BUREAU OF PRISONS,<br><br>              Defendant. | Case No. 26-cv-00238-HSG<br><br>**REFERRAL FOR PURPOSE OF<br>DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *A.L. v. United States of America et al*, No. 24-cv-06580-YGR.

**IT IS SO ORDERED.**

Dated:    1/13/2026

*(signature)*
HAYWOOD S. GILLIAM, JR.
United States District Judge