UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. R.,<br><br>           Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA (FEDERAL BUREAU OF PRISONS),<br><br>           Defendant. | Case No. 26-cv-00258-HSG<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *A.L. v. United States of America et al*, No. 24-cv-06580-YGR.

**IT IS SO ORDERED.**

Dated:  1/13/2026

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge