UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. D.,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA (FEDERAL BUREAU OF PRISONS),<br><br>        Defendant. | Case No. 26-cv-00253-SK<br><br>**SUA SPONTE ORDER OF REFERRAL** |

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Yvonne Gonzalez Rogers to determine whether it is related to *A.L. v. United States of America et al.*, No. 24-cv-06580-YGR.

**IT IS SO ORDERED**.

Dated: January 12, 2026

_____
SALLIE KIM
United States Magistrate Judge