United States District Court
Northern District of California

1
2
3
4                  UNITED STATES DISTRICT COURT
5                NORTHERN DISTRICT OF CALIFORNIA
6
7    M. M.,                                    Case No.  26-cv-00354-TSH
8              Plaintiff,
                                               **REFERRAL FOR PURPOSE OF**
9          v.                                  **DETERMINING RELATIONSHIP**
10   UNITED STATES OF AMERICA
     (FEDERAL BUREAU OF PRISONS), et
11   al.,
12             Defendants.
13
14        Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the

15   Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *A.L. v.*

16   *United States of America*, 24-cv-06580-YGR.

17        **IT IS SO ORDERED.**

18

19   Dated: January 13, 2026

20

21

22                                             _____
                                               THOMAS S. HIXSON
23                                             United States Magistrate Judge
24
25
26
27
28