UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| M.M., <br><br>            Plaintiff, <br><br>     v. <br><br> UNITED STATES OF AMERICA, et al., <br><br>            Defendants. | Case No. 26-cv-00259-PHK <br><br> ***SUA SPONTE* JUDICIAL REFERRAL ORDER** |

Pursuant to Civil Local Rule 3-12(c), the above-titled case is hereby **REFERRED** to the Honorable Yvonne Gonzalez Rogers for consideration of whether this case is related to *A.L. v. United States of America et al.*, No. 4:24-cv-06580-YGR.

**IT IS SO ORDERED.**

Dated: January 14, 2026

_____
PETER H. KANG
United States Magistrate Judge