UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. H.,<br><br>      Plaintiff,<br><br>    v.<br><br>DARRELL WAYNE SMITH, et al.,<br><br>      Defendants. | Case No.  26-cv-00241-VC<br><br><br>**REFERRAL FOR PURPOSE OF**<br>**DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to Judge Yvonne Gonzalez Rogers for consideration of whether the case is related to *A.L. v. United States of America et al*, No. CV 24-6580.

**IT IS SO ORDERED.**

Dated: January 16, 2026

_____
VINCE CHHABRIA
United States District Judge