UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

E. D.,

      Plaintiff,

v.

UNITED STATES OF AMERICA
(FEDERAL BUREAU OF PRISONS),

      Defendant.

Case No.  26-cv-00253-VC

**REFERRAL FOR PURPOSE OF
DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to Judge Yvonne Gonzalez Rogers for consideration of whether the case is related to *A.L. v. United States of America et al*, No. CV 24-6580-YGR.

**IT IS SO ORDERED.**

Dated: January 16, 2026

_____
VINCE CHHABRIA
United States District Judge