UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L. M.,<br><br>            Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA<br>(FEDERAL BUREAU OF PRISONS), et<br>al.,<br><br>            Defendants. | Case No.  25-cv-10657-VC<br><br>**REFERRAL FOR PURPOSE OF<br>DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to

Judge Yvonne Gonzalez Rogers for consideration of whether the case is related to *A.L. v. United*

*States of America et al*, No. CV 24-6580-YGR.


**IT IS SO ORDERED.**


Dated: January 16, 2026

_____

VINCE CHHABRIA
United States District Judge