UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C. G.,

          Plaintiff,

     v.

UNITED STATES OF AMERICA
(FEDERAL BUREAU OF PRISONS), et
al.,

          Defendants.

Case No. 26-cv-00434-TSH

**REFERRAL FOR PURPOSE OF
DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *A.L. v. United States of America*, 24-cv-06580-YGR.

**IT IS SO ORDERED.**

Dated: January 20, 2026

_____

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California