United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

J. E.,

           Plaintiff,

      v.

UNITED STATES OF AMERICA
(FEDERAL BUREAU OF PRISONS), et
al.,

           Defendants.

Case No. 26-cv-00496-PHK

***SUA SPONTE* JUDICIAL REFERRAL
ORDER**

Pursuant to Civil Local Rule 3-12(c), the above-titled case is hereby **REFERRED** to the Honorable Yvonne Gonzalez Rogers for consideration of whether this case is related to *A.L. v. United States of America et al.*, No. 4:24-cv-06580-YGR.

**IT IS SO ORDERED.**

Dated: January 20, 2026

_____

PETER H. KANG
United States Magistrate Judge