UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| S. C.,<br><br>                Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA<br>(FEDERAL BUREAU OF PRISONS), et al.,<br><br>                Defendants. | Case No.  26-cv-00598-JSC<br><br>**REFERRAL FOR PURPOSE OF<br>DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to **24-cv-6580.**

**IT IS SO ORDERED.**

Dated: January 21, 2026

_____
JACQUELINE SCOTT CORLEY
United States District Judge