UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

M. S.,

          Plaintiff,

    v.

UNITED STATES OF AMERICA
(FEDERAL BUREAU OF PRISONS), et
al.,

          Defendants.

Case No.  26-cv-00616-SK

***SUA SPONTE* JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-titled case IS HEREBY REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether *M.S. v. United States of America (Federal Bureau of Prisons) et al*., No. 26-cv-00616-SK is related to *A.L. v. United States of America et al.*, No. 24-cv-06580-YGR.

**IT IS SO ORDERED**.

Dated: January 21, 2026

_____
SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California