United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

S. A.,

              Plaintiff,

      v.

UNITED STATES OF AMERICA
(FEDERAL BUREAU OF PRISONS), et al.,

           Defendants.

Case No. 26-cv-00588-WHO

**REFERRAL FOR PURPOSE OF
DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to 24-cv-06580, *A.L. v. United States*.

**IT IS SO ORDERED.**

Dated: January 22, 2026

_____
WILLIAM H. ORRICK
Senior United States District Judge