UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

V. L.,

        Plaintiff,

    v.

UNITED STATES OF AMERICA, et al.,

        Defendants.

Case No. 26-cv-00622-PHK

*SUA SPONTE* **JUDICIAL REFERRAL ORDER**

Pursuant to Civil Local Rule 3-12(c), the above-titled case is hereby **REFERRED** to the Honorable Yvonne Gonzalez Rogers for consideration of whether this case is related to *A.L. v. United States of America et al.*, No. 4:24-cv-06580-YGR.

**IT IS SO ORDERED.**

Dated: January 22, 2026

PETER H. KANG
United States Magistrate Judge