UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S. S.,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA<br>(FEDERAL BUREAU OF PRISONS),<br><br>        Defendant. | Case No.  26-cv-00611-VC<br><br>**REFERRAL FOR PURPOSE OF<br>DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to Judge Yvonne Gonzalez Rogers for consideration of whether the case is related to *A.L. v. United States of America et al*, No. CV 24-6580.

**IT IS SO ORDERED.**

Dated: January 22, 2026

_____

VINCE CHHABRIA
United States District Judge