UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

M. V.,

          Plaintiff,

     v.

UNITED STATES OF AMERICA
(FEDERAL BUREAU OF PRISONS),

          Defendant.

Case No.  26-cv-00609-WHO

**REFERRAL FOR PURPOSE OF
DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to 24-cv-6580, *A.L. v. United States*.

**IT IS SO ORDERED.**

Dated: January 23, 2026

_____
WILLIAM H. ORRICK
United States District Judge