UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| B. R., | Case No. 26-cv-00502-LB |
| Plaintiff, | |
| v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| UNITED STATES OF AMERICA (FEDERAL BUREAU OF PRISONS), et al., | Re: Dkt. No. 24-cv-06580-YGR |
| Defendants. | |

Pursuant to Civil Local Rule 3-12(c), the court refers the above-titled case to United States District Judge Yvonne Gonzalez Rogers, to consider whether the case is related to case number 4:24-cv-06580-YGR.

**IT IS SO ORDERED.**

Dated: January 26, 2026

LAUREL BEELER
United States Magistrate Judge

ORDER — No. 26-cv-00502-LB