UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| L. T.,<br><br>   Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA (FEDERAL BUREAU OF PRISONS), et al.,<br><br>   Defendants. | Case No.  26-cv-00376-LB<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Re: Dkt. No. 24-cv-06580-YGR |

Pursuant to Civil Local Rule 3-12(c), the court refers the above-titled case to United States District Judge Yvonne Gonzalez Rogers, to consider whether the case is related to case number 4:24-cv-06580-YGR.

**IT IS SO ORDERED.**

Dated: January 26, 2026

LAUREL BEELER
United States Magistrate Judge

ORDER ─ No. 26-cv-00376-LB

United States District Court
Northern District of California