United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

S. S.,

        Plaintiff,

    v.

MERRICK GARLAND US ATTORNEY GENERAL, et al.,

        Defendants.

Case No. 26-cv-00852-PHK

***SUA SPONTE* JUDICIAL REFERRAL ORDER**

Pursuant to Civil Local Rule 3-12(c), the above-titled case is hereby **REFERRED** to the Honorable Yvonne Gonzalez Rogers for consideration of whether this case is related to *A.L. v. United States of America et al.*, No. 4:24-cv-06580-YGR.

**IT IS SO ORDERED.**

Dated: January 28, 2026

PETER H. KANG
United States Magistrate Judge