UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. T., | **JUDICIAL REFERRAL TO DETERMINE RELATION** |
|       Plaintiff, | Case No.  25-cv-10660-JD |
|        v. | |
| UNITED STATES OF AMERICA (FEDERAL BUREAU OF PRISONS), et al., | |
|       Defendants. | |
| L. L., | |
|       Plaintiff, | |
|        v. | Case No.  26-cv-00276-JD |
| UNITED STATES OF AMERICA (FEDERAL BUREAU OF PRISONS), | |
|       Defendant. | |
| M. M., | |
|       Plaintiff, | |
|        v. | Case No.  26-cv-00280-JD |
| UNITED STATES OF AMERICA (FEDERAL BUREAU OF PRISONS), | |
|       Defendant. | |
| A. G., | |
|       Plaintiff, | |
|        v. | Case No.  26-cv-00617-JD |
| UNITED STATES OF AMERICA (FEDERAL BUREAU OF PRISONS), et al., | |
|       Defendants. | |

United States District Court
Northern District of California

The Court respectfully requests that the Honorable Yvonne Gonzalez Rogers determine whether these cases are related to *A.L. v. United States of America et al.*, No. 24-cv-06580-YGR. *See* Civil L.R. 3-12(c).

**IT IS SO ORDERED.**

Dated: February 2, 2026

_____

JAMES DONATO
United States District Judge

United States District Court
Northern District of California

2