UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

E. W.,

           Plaintiff,

      v.

DARRELL WAYNE SMITH, et al.,

           Defendants.

Case No.  25-cv-10661-WHO

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to 24-cv-06580, *A.L. v. United States*.

**IT IS SO ORDERED.**

Dated: February 3, 2026



_____
WILLIAM H. ORRICK
United States District Judge