United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

S.M.T.,

          Plaintiff,

      v.

UNITED STATES OF AMERICA, et al.,

          Defendants.

Case No.  4:26-cv-01469-KAW

**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *A.L. v. United States of America, et al.*, 24-cv-06580-YGR.

**IT IS SO ORDERED.**

Dated: February 20, 2026

_____
KANDIS A. WESTMORE
United States Magistrate Judge