UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

L. D.,

              Plaintiff,

      v.

USA, et al.,

              Defendants.

Case No. 26-cv-01476-TSH

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *A.L. v. United States of America*, 24-cv-06580-YGR.

**IT IS SO ORDERED.**

Dated: February 24, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California