United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

A. B.,

        Plaintiff,

    v.

USA, et al.,

        Defendants.

Case No.  4:26-cv-01447-KAW

**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *A.L. v. United States*, 24-cv-06580-YGR.

**IT IS SO ORDERED.**

Dated: February 26, 2026

_____
KANDIS A. WESTMORE
United States Magistrate Judge