UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| S.T.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA<br>(FEDERAL BUREAU OF PRISONS),<br><br>　　　　Defendant. | Case No.  26-cv-01649-WHO<br><br>**REFERRAL FOR PURPOSE OF<br>DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to 24-cv-06580, *A.L. v. United States*.

**IT IS SO ORDERED.**

Dated: February 26, 2026



WILLIAM H. ORRICK
United States District Judge

United States District Court
Northern District of California