UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

G.G.,

        Plaintiff,

    v.

UNITED STATES OF AMERICA
(FEDERAL BUREAU OF PRISONS), et al.,

        Defendants.

Case No. 26-cv-01705-WHO

**REFERRAL FOR PURPOSE OF
DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to Case No. 24-cv-06580, *A.L. v United States*.

**IT IS SO ORDERED.**

Dated: March 2, 2026



WILLIAM H. ORRICK
United States District Judge