UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.P.,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA<br>(FEDERAL BUREAU OF PRISONS), et al.,<br><br>    Defendants. | Case No. 26-cv-01740-WHO<br><br>**REFERRAL FOR PURPOSE OF<br>DETERMINING RELATIONSHIP** |

    Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the

Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to Case No.

24-cv-06580, *A.L. v United States*.

    **IT IS SO ORDERED.**

Dated: March 2, 2026



WILLIAM H. ORRICK
United States District Judge

United States District Court
Northern District of California