UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

R.P.,

Plaintiff,

v.

UNITED STATES OF AMERICA
(FEDERAL BUREAU OF PRISONS),

Defendant.

Case No. 26-cv-01797-HSG

**REFERRAL FOR PURPOSE OF
DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *A.L. v. United States of America et al*, No. 24-cv-06580-YGR.

**IT IS SO ORDERED.**

Dated:  3/4/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge