UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

A.C.,

                    Plaintiff,

          v.

UNITED STATES OF AMERICA, et al.,

                    Defendants.

Case No. 26-cv-01805-SK

**SUA SPONTE ORDER OF REFERRAL**

          Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Yvonne Gonzalez Rogers to determine whether it is related to *A.L. v. United States of America et al.*, No. 24-cv-06580-YGR.

          **IT IS SO ORDERED**.

Dated: March 5, 2026

_____
SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California