UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

S.M.,

          Plaintiff,

    v.

UNITED STATES OF AMERICA, et al.,

          Defendants.

Case No.  26-cv-01860-TSH

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *A.L. v. United States of America*, 24-cv-06580-YGR.

**IT IS SO ORDERED.**

Dated: March 5, 2026

THOMAS S. HIXSON
United States Magistrate Judge