UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.B., | Case No. 26-cv-01817-SK |
| Plaintiff, | |
| v. | **SUA SPONTE ORDER OF REFERRAL** |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Yvonne Gonzalez Rogers to determine whether it is related to *A.L. v. United States of America et al.*, No. 24-cv-06580-YGR.

**IT IS SO ORDERED**.

Dated: March 9, 2026

_____
SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California