UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.L., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　Defendants. | Case No.  24-cv-06580-YGR   (AGT)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 210 |

The parties request that the undersigned enter a stipulated protective order. Dkt. 210. For the reasons that follow, the request is denied without prejudice.

The District provides both an order for standard litigation and an order for litigation involving patents, highly sensitive confidential information, or trade secrets. *See* U.S. District Court, N.D. Cal, Model Protective Orders, https://cand.uscourts.gov/rules-forms-fees/northern-district-guidelines/model-protective-orders (last visited May 7, 2026). The Court encourages use of these model orders.

In light of the above guidance, if the parties can stipulate to use of one of the model orders, they should do so. If the parties cannot stipulate to use of a model protective order, they "bear[ ] the burden of showing the specific harm and prejudice that will result if [their] request is not granted." *Hernandez v. Syncrasy*, No. 21-CV-09212-CRB (LJC), 2023 WL 2600452, at *2 (N.D. Cal. Mar. 21, 2023).

First, the parties seek to alter the District's model order to include "bellwether and

mediation," instead of only "mediation." Dkt. 218. The Court is not persuaded that this modification is necessary, and denies the request.

Next, the parties seek to include § 13.2, which allows each law firm to retain a limited copy of protected materials for malpractice or bar defense purposes. Dkt. 218. The proposed language is overly broad. As proposed, any and all documents designated "Confidential" or "Highly Confidential" could be retained under the protective order. *See* dkt. 210 § 13.2. Instead of allowing a blanket retention, the Court prefers to evaluate requests for retention of materials for any malpractice defense at the time which the materials are needed.

   **IT IS SO ORDERED.**

Dated: May 7, 2026

_____
Alex G. Tse
United States Magistrate Judge