UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

A.L., et al.,

        Plaintiffs,

    v.

UNITED STATES OF AMERICA, et al.,

        Defendants.

Case No.  24-cv-06580-YGR   (AGT)

**DISCOVERY ORDER**

Re: Dkt. Nos. 228, 229

The parties ask the undersigned to enter a protective order. *See* dkts. 228 & 229. After review, the undersigned now approves in part, and denies in part, the proposed protective order for the reasons that follow.

The edit proposed to ¶ 2.7, to include a "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" designation, is approved. *See* dkt. 228 at 7.[1] The parties' edits to include this designation throughout the protective order are also approved.

The Court approves the definition of Agency Counsel in ¶ 2.8 and to ¶ 2.10. *See* dkt. 228 at 7.

The proposed edits to ¶ 7.3 are rejected as proposed. *See* dkt. 228 at 13. Instead, ¶ 7.3 may be revised as follows:

>Disclosure of "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" Information or Items. Neither the documents

---

[1] Citations to page numbers in this order correspond to the ECF page numbers at the top of each page.

designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" nor its contents shall be disclosed to any Party or putative class member, except that information pertaining to a specific Party or putative class member may be disclosed to that particular Party or putative class member. Unless otherwise ordered by the Court or permitted in writing by the Designating Party, a Receiving Party may disclose any information or item designated "HIGHLY CON-FIDENTIAL – ATTORNEYS' EYES ONLY" only to:

The edits to ¶ 7.3(a)–(e) and ¶ 7.4(a)–(b) are approved. *See* dkt. 228 at 13–14.

The proposed edits to ¶ 7.4(c) are rejected in full. *See* dkt. 228 at 14–15. The Court is not persuaded of the necessity of these changes. The parties instead will be governed by the language in the Northern District's Model Protective Order for Litigation Involving Highly Sensitive Confidential Information, ¶ 7.4(c).[2]

Paragraph 7.5 is lined out in dkt. 228 and, to the extent that the parties wish to include ¶ 7.5, that proposed language is rejected. *See* dkt. 228 at 15.

The edits proposed to ¶ 13.1 and ¶ 13.2 are approved. *See* dkt. 228 at 18–19.

The parties are directed to file an updated proposed protective order by **noon PT on May 28, 2026**, consistent with this order.

**IT IS SO ORDERED.**

Dated: May 26, 2026

Alex G. Tse
United States Magistrate Judge

---

[2] That order is available here: https://cand.uscourts.gov/rules-forms-fees/northern-district-guidelines/model-protective-orders.